UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

# ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

KENNETH MARK HAY

    Plaintiff-Appellant,

v.

KERI APPLEQUIST, *et al.*,

    Defendants-Appellees.

Case No. 25-3101

## ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

    Defendants/Appellees Keri Applequist, Lindsey Dinkel, Haleigh Bennett, and Linda Kidd
[Party or Parties][1]

_____

_____, in the above-captioned case(s).
    [Appellant/Petitioner or Appellee/Respondent]

Matthew L. Shoger
Name of Counsel

*/s/ Matthew L. Shoger*
Signature of Counsel

120 SW 10th Ave, 2nd Floor, Topeka, KS 66612
785-296-2215
Mailing Address and Telephone Number

matt.shoger@ag.ks.gov
E-Mail Address

---

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

# CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

☐ The following (attach additional pages if necessary) individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

■ There are no such parties/attorneys, or any such parties/attorneys have already been disclosed to the court.

06/16/2025_____
Date

*/s/ Matthew L Shoger*_____
Signature

---

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

# CERTIFICATE OF SERVICE

I hereby certify that:

☐     All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

■     On   June 16, 2025   I sent a copy of this Entry of Appearance Form to:
                                        [date]

Kenneth Mark Hay

at Larned State Hospital, 1301 KS Highway 264 Larned, KS 67550.

the last known address/email address, by First-class mail, postage prepaid.
                                                                  [state method of service]

June 16, 2025
Date

*/s/ Matthew L. Shoger*
Signature