IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | |
|---|---|
| KENNETH MARK HAY,<br><br>    Plaintiff-Appellant,<br><br>v.<br><br>KERI APPLEQUIST, *et al.*<br><br>    Defendants-Appellees. | Case No. 25-3101 |

**DEFENDANTS' NOTICE OF NON-PARTICIPATION**

Defendants Keri Applequist, Lindsey Dinkel, Haleigh Bennett, and Linda Kidd ("Defendants"), through Assistant Attorney General Matthew L. Shoger, notify the Court and parties that they do not intend to participate in this appeal.

To stay informed on the status of the case, the undersigned counsel wishes to continue receiving notice of orders issued in the case.

Respectfully submitted,

Kris W. Kobach
Attorney General of Kansas

*/s/ Matthew L. Shoger*
Matthew L. Shoger, KS No. 28151
Assistant Attorney General
Office of the Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597
matt.shoger@ag.ks.gov
(785) 296-2215
Fax: (785) 291-3767
*Attorney for Defendants*

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of June, 2025, the foregoing document was filed with the clerk of the court by using the CM/ECF system, with a copy served by means of first-class mail, postage prepaid, addressed to:

Kenneth Mark Hay
Larned State Hospital
1301 KS Highway 264
Larned, KS 67550
*Plaintiff, pro se*

>*/s/ Matthew L. Shoger*
>Matthew L. Shoger
>Assistant Attorney General