FILED
United States Court of Appeals
Tenth Circuit

July 17, 2025

Christopher M. Wolpert
Clerk of Court

# UNITED STATES COURT OF APPEALS

# FOR THE TENTH CIRCUIT

---

KENNETH MARK HAY,

    Plaintiff - Appellant,

v.

KERI APPLEQUIST; LINDSEY DINKEL; HALEIGH BENNETT; LINDA KIDD,

    Defendants - Appellees.

No. 25-3101
(D.C. No. 5:23-CV-03175-HLT-GEB)
(D. Kan.)

---

## ORDER

---

No response has been filed by Appellant Kenneth Mark Hay to the court's June 5, 2025 jurisdictional show cause order.

Accordingly, this appeal is dismissed for failure to prosecute pursuant to Tenth Circuit Rule 42.1.

A copy of this order shall stand as and for the mandate of this court.

                                                  Entered for the Court

                                                  CHRISTOPHER M. WOLPERT, Clerk