UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert  
Clerk of Court

Jane K. Castro  
Chief Deputy Clerk

July 17, 2025

Ms. Skyler O'Hara
United States District Court for the District of Kansas
Office of the Clerk
444 Southeast Quincy
U.S. Courthouse
Room 490
Topeka, KS 66683-0000

Kenneth Mark Hay
Larned State Correctional Facility
1318 Kansas Highway 264
Larned, KS 67550

Mr. Matthew Shoger
Office of the Attorney General for the State of Kansas
Defensive Litigation Unit
120 SW 10th Avenue, 2nd Floor
Topeka, KS 66612

**RE:**     **25-3101, Hay v. Applequist, et al**
Dist/Ag docket: 5:23-CV-03175-HLT-GEB

Dear Clerk, Appellant, and Counsel:

Please be advised that the court issued an order today dismissing this case.

In addition, pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate issued today, and the court's judgment takes effect. With the issuance of this letter, jurisdiction is transferred back to the lower court/agency.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

CMW/at